## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Billings et al. v. Medtronic, Inc., et al.**<br>**09-cv-02916** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 24), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiff Helen Bungy-Harley, Individually, and as Representative of the Estate of Don Kirk Harley, in the action styled Billings et al. v. Medtronic, Inc., et al., Civil Action No. 09-cv-02916, are **DISMISSED WITH PREJUDICE**.

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated: July 27, 2011

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge